USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/22/18



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

# MEMO ENDORSED

August 21, 2018

By hand
Honorable John G. Koeltl
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED.

*(signature)*

HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
August 22, 2018
PART I

Re: United States v. Mark Bloom
09 Cr. 367 (JGK)

Dear Judge Koeltl:

The Government submits this letter pursuant to this Court's August 9, 2018 order in the above referenced case.

A. Background

On July 30, 2009, defendant pleaded guilty to three counts of securities, mail and wire fraud, one count of money laundering and one count of corrupt interference with the administration of Internal Revenue laws in violation of 15 U.S.C. § 78j(b) and 78ff; 18 U.S.C. § 1341 and 2; 18 U.S.C. § 1343 and 2; 18 U.S.C. § 1957 and 2; and 26 U.S.C. § 7212(a). On August 12, 2015, defendant was sentenced to thirty-six months of imprisonment, to be followed by three years of supervised release. The Court also ordered defendant to pay $30,563,790.07 in restitution to the individual victims of his crime.

By an undated letter to the Court, defendant has requested that this Court order release of approximately $1,100.00 from an account at Chase, which had been restrained by the Securities and Exchange Commission in a related civil matter.

B. Defendant's Payment History

To date, defendant has paid a total of $1,811,500.15 (the lion's share of which is from a forfeiture of certain assets). His current restitution balance is $29,080,526.20.

C. Discussion

Defendant has recently been released from prison and claims that he needs the funds to "put his life back." The Government therefore today emailed defendant a financial

disclosure form and is in the process of reviewing the form and requesting additional supporting documents.

We therefore respectfully request that the Government have thirty days to attempt to reach a resolution with defendant regarding the restrained funds. Should the Court grant the Government's request, we will update the Court as to the status of the discussions by September 24, 2018.

Thank you for your consideration of this matter.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Kathleen A. Zebrowski
Assistant United States Attorney
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717
kathleen.zebrowski@usdoj.gov

cc: Mark Bloom (by email)
    5032 Rosehill Drive
    Boyton Beach, FL  33437