UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      - against -

MARK BLOOM,

                Defendant.
------------------------------------------------------------x
U.S. COMMODITY FUTURE TRADING
COMMISSION,

                Plaintiff,

      - against -

MARK BLOOM,

                Defendant.
------------------------------------------------------------x
UNITED STATES OF AMERICA,

      - against -

MARK BLOOM,

                Defendant.
------------------------------------------------------------x

ORDER

09 Civ. 1746 (JGK)

ORDER

09 Civ. 1751 (JGK)

ORDER

09 CR. 367 (JGK)

      WHEREAS, on February 25, 2009, the United States Commodity Futures Trading Commission (the "CFTC") filed the complaint in the above-captioned action (09 Civ.

1751(JGK)) and, at the CFTC's request, this Court issued a Statutory Restraining Order pursuant to 7 U.S.C. § 13a-1 (2006) (the "SRO"); and

WHEREAS, the SRO froze defendant Mark Bloom's (the "defendant") accounts, including, inter alia, his account at Chase; and

WHEREAS, on August 9, 2018, defendant, requested that this Court issue an order releasing the restraint on defendant's Chase account; and

WHEREAS, by order dated August 9, 2018, this Court ordered that the Government, the CFTC, and the Securities and Exchange Commission (the "SEC") respond to defendant's letter by August 30, 2018; and

WHEREAS, the CFTC and the SEC have informed this Court that they do not oppose defendant's request;

WHEREAS, the Government and defendant have informed this Court that defendant will pay the Clerk of the Court $350.00 (representing past due monthly payments pursuant to the August 12, 2015 Judgment in a Criminal Case, 09 Cr. 367 (JGK) (the "Judgment")), and shall continue to make monthly payments pursuant to the Judgment; it is hereby

ORDERED that all restrains on defendant's account at Chase are hereby extinguished.

Dated: New York, New York
August 31, 2018

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE