

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2019

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>United States v. Mark Bloom, 09-cr-00367-JGK</u>

Dear Judge Koeltl:

    The Government respectfully submits this letter in response to Defendant's pro se request for early termination of his supervised release. In response to the Court's June 25, 2019 Order (ECF No. 90), the Government has conferred with Defendant's Probation Officer about the matter. The Government and the Probation Office do not oppose Defendant's request, provided that he continues to make timely restitution payments under the Court's January 15, 2016 Order of Restitution (ECF No. 63).

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by: _____
    Nicholas S. Bradley
    Assistant United States Attorney
    (212) 637-1581

cc:    United States Probation Officer Danielle Caron (by email)