

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 21, 2021

```
Application granted. SO ORDERED.

New York, New York    /s/ John G. Koeltl
January 22, 2021      John G. Koeltl, U.S.D.J.
```

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

    Re:   **United States v. Mark Bloom**
           S1 09 Cr. 367 (JGK)

Dear Judge Koeltl:

    The Government writes regarding victim recovery in the above-captioned case. On or about March 13, 2018, following the entry of several final orders of forfeiture (D.E. 39, 42, and 86) and the entry of a Restitution Order for $30,563,790.07 (D.E. 63), the Money Laundering and Asset Recovery Section of the Department of Justice ("MLARS") granted restoration and $1,804,140.15 in forfeited funds was transferred to the S.D.N.Y Clerk's Office for disbursement to the victims identified in the Restitution Order.

    Following the transfer, the Government learned of four additional victims (the "Additional Victims"), who have since submitted petitions for remission to MLARS. As the Court may be aware, remission is a process by which forfeited funds may be used to compensate victims for losses directly caused either by the criminal offense, or by a closely related crime. *See* 28 C.F.R. § 9.8. Victims seeking remission submit petitions directly to the Attorney General, via MLARS, which exercises discretion in determining whether to grant the petitions. *See id.* Here, the Additional Victims' remission petitions claim they are entitled to recovery for the same conduct underlying Mark Bloom's criminal conviction in the above-captioned case.

    Based on a total loss amount that takes into account the pecuniary losses suffered by the Additional Victims, MLARS has determined that their prorated share of the forfeited funds should be $229,648.82. Accordingly, MLARS has preliminarily granted the Additional Victims' remission petitions and will issue final approval to remit $229,648.82, to be distributed pro rata to the Additional Victims upon this Court's approval.

    Currently, $50,262.95 remains in the custody of the United States Marshals Service but the balance needed to accomplish the remission -- $179,385.87 – is currently held by the S.D.N.Y. Clerk's Office. The Government understands that the S.D.N.Y. Clerk's Office cannot transfer

these funds without an order from this Court. Accordingly, the Government respectfully requests that this Court authorize the S.D.N.Y. Clerk's Office to transfer $179,385.87 to the United States Marshals Service to coordinate disbursement to the Additional Victims with MLARS. The remaining restored funds would continue to be disbursed to victims listed in the Restitution Order.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By:    /s/
        Kiersten A. Fletcher
        Assistant United States Attorney
        Tel.: (212) 637-2238